```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION


CHANDA HENRY o/b/o,           :
L.R. HENRY,                   :
                              :
     Plaintiff,               :
                              :
v.                            :     CIVIL ACTION 04-0251-M
                              :
JO ANNE B. BARNHART,          :
                              :
     Defendant.               :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Chandra Henry on behalf of L. R. Henry on all claims.

DONE this 12th day of May, 2005.

```
                    s/BERT W. MILLING, JR.
                    UNITED STATES MAGISTRATE JUDGE
```